No. 849. CORNELL STEAMBOAT COMPANY, OWNER, ETC., PETITIONER, *v.* WILLIAM K. HAMMOND ET AL. May 17, 1909.

Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. J. Parker Kirlin* and *Mr. Amos Van Etten* for petitioner. *Mr. James Emerson Carpenter* and *Mr. Samuel Park* for respondent.

---

